Certificate Number: 05781-MIE-DE-023254805

Bankruptcy Case Number: 14-46648


05781-MIE-DE-023254805

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on April 22, 2014, at 10:15 o'clock PM PDT, Kenisha Warford completed a course on personal financial management given by internet by Sage Personal Finance, a provider approved pursuant to 11 U.S.C. § 111 to provide an instructional course concerning personal financial management in the Eastern District of Michigan.

Date: April 22, 2014     By:    /s/Allison M Geving

                         Name:  Allison M Geving

                         Title: President