# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF MICHIGAN

In re:
Kenisha T. Warford　　　　　　　　　　Case No.14-46648
　　　Debtor　　　　　　　　　　　　　Chapter 7
　　　　　　　　　　　　　　　　　　　Honorable Phillip J. Shefferly

**NOTICE OF DEBTOR'S RESCISSION OF REAFFIRMATION AGREEMENT WITH JPMORGAN CHASE BANK, N.A.**

Debtor, by and through counsel, and for his Notice of Rescission of Reaffirmation Agreement, states as follows:

1. Debtor executed a reaffirmation agreement with JPMorgan Chase Bank, N.A., which was filed with the Court on June 2, 2014, (Doc #14).

2. Debtor, pursuant to 11 U.S.C. §524(c)(4), hereby gives Notice that she rescinds such reaffirmation agreement.

3. This Notice has been sent to Robert Kammeyer, JPMorgan Chase Bank, N.A., by mailing to the address listed on the Reaffirmation Agreement, P.O. Box 29505 AZ1-1191, Phoenix AZ 85038-9505, and by FAX to (602) 535-3811.

　　　　　　　　　　　　　　　　　　　*/s/ Robert Keyes*
　　　　　　　　　　　　　　　　　　　Robert Keyes (P68856)
　　　　　　　　　　　　　　　　　　　Robert Keyes Law, PLLC
　　　　　　　　　　　　　　　　　　　300 North Huron Street
　　　　　　　　　　　　　　　　　　　Ypsilanti MI 48197
　　　　　　　　　　　　　　　　　　　(734) 662-1590
　　　　　　　　　　　　　　　　　　　(734) 786-0707

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing has been furnished by US First Class Mail or electronic filing, this July 28, 2014, to Trustee Douglas Ellmann via ECF, and Creditor, Robert Kammeyer, JPMorgan Chase Bank, N.A., by mailing to the address listed on the Reaffirmation Agreement, P.O. Box 29505 AZ1-1191, Phoenix AZ 85038-9505

July 28, 2014

*/s/ Robert Keyes*
Robert Keyes (P68856)
Robert Keyes Law, PLLC
300 North Huron Street
Ypsilanti MI 48197
(734) 662-1590
(734) 786-0707